FILED
NOV 2 4 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEANDER G. DAVIS,           ) | |
|                             ) | |
|    Plaintiff,               ) | |
|                             ) | |
| v.                          ) | Civil Action No. 09-1989 |
|                             ) | |
| WILLIAM K. SUTER, *et al.*, ) | |
|                             ) | |
|    Defendants.              ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is practically identical to a separate complaint that the Court has dismissed with prejudice. *Davis v. Suter*, No. 09cv1990, 2009 WL 3483974 (D.D.C. Oct. 21, 2009) (Memorandum and Dismissal Order). The Court will dismiss the instant civil action as duplicative.

An Order consistent with this Memorandum Opinion is issued separately on this same date.

DATE: 11/18/09

_____
United States District Judge